UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 99-10332-MLW |
| ) | |
| WILLIAM SEDOMA, SR., ) | |
| Defendant. ) | |

ORDER

WOLF, D.J.                                                          May 20, 2014

It is hereby ORDERED that, by June 20, 2014, each of the parties shall submit a memorandum addressing:

1. Whether the claim asserted in defendant William Sedoma's Motion to Vacate, Set Aside, or Correct His Sentence Under 28 U.S.C. §2255 (Docket No. 397) (the "§2255 Motion") is procedurally defaulted because it was not advanced on direct appeal. See Oakes v. United States, 400 F.3d 92, 95 (1st Cir. 2005); Derman v. United States, 298 F.3d 34, 44 (1st Cir. 2002).

2. The implications for the merit of the §2255 Motion, if any, of the contents of Sedoma's January 22, 2001 Motion to Suppress (Docket No. 246). A copy of that motion, which the parties have reportedly been unable to locate, is attached to this Order.

3. Whether the evidence that Sedoma sought to suppress represented a more significant component of the prosecution's

case with regard to some of the charges of which Sedoma was convicted than with regard to other charges.

4. Whether Sedoma's Motion to Amend by Adding Claim (Docket No. 406) is meritorious. The parties' submissions shall address, among other things, whether the claim that Sedoma seeks to add to his §2255 Motion would "relate back" to the date on which the §2255 Motion was filed under Federal Rule of Civil Procedure 15(c)(1)(B). See <u>United States v. Ciampi</u>, 419 F.3d 20, 23 (1st Cir. 2005); <u>Turner v. United States</u>, 699 F.3d 578, 585 (1st Cir. 2012).

5. Any additional matters that have not been adequately addressed in prior submissions.

                                          /s/ _____
                                          UNITED STATES DISTRICT JUDGE

2